AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America <br> v. <br> SHARON MCBEE <br> *Defendant* | ) ) Case No. 09-1045(AMD) ) ) ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: U.S. DISTRICT COURT <br> 4TH AND COOPER STREETS <br> CAMDEN, NJ 08101 | Courtroom No.: 3B |
| | Date and Time: 5/19/09 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/15/2009

*Judge's signature*

HON. ANN MARIE DONIO, USMJ
*Printed name and title*